UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA DIANE WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DOBSON-DAVIS, Warden,<br><br>　　　　Respondent. | NO. ED CV 12-135-JST(E)<br><br><br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

　　DATED: December 3, 2012.

　　　　　　　　　　　　　　　　　　　/s/ Josephine Tucker
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE